# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| WILLIE ROBERTS, JR., : | |
| Petitioner, : | |
| v. : | 1:06-CV-15 (WLS) |
| FRED BURNETTE, Warden, : | 28 U.S.C. § 2254 |
| Respondent. : | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 13), filed February 21, 2007. It is recommended that Respondent's motion to dismiss (Doc. No. 7) be granted as Petitioner's petition is untimely. The Petitioner has filed a timely objection. (Doc. No. 14).

In his objection, Petitioner raises the same objection that he raised before the Magistrate Judge that because he was granted an out-of-time appeal in the state courts, the time for filing his federal habeas petition should be tolled. As correctly found by the Magistrate Judge, the one year period to file his federal habeas petition expired before Petitioner received an out of time appeal. See, Rainey v. Secretary Dept. Of Corrections, 443 F.3d 1323 (11th Cir. 2006). Further, as the Magistrate Judge correctly pointed out, the Eleventh Circuit has held permission to pursue an out-of-time appeal from an adverse decision in a state collateral attack does not toll the one year period under § 2244(d)(2). Moore v. Crosby, 321 F.3d 1377 (11th Cir. 2003). The Court finds that Petitioner's habeas petition was filed outside the one-year limitations period for the filing of federal habeas petitions.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein, and for the reason of the findings, reasons and conclusions reached herein. Accordingly, Respondent's motion to dismiss (Doc. No.

7) is **GRANTED** and Petitioner's habeas petition is **DISMISSED with prejudice.**

SO ORDERED, this  21st  day of March, 2007.

                                              /s/W. Louis Sands
                                              **W. Louis Sands, Judge**
                                              **United States District Court**