# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

WILLIE ROBERTS, JR., :
:
    Petitioner, :
:
v. : CASE NO.: 1:06-CV-15 (WLS)
:
FRED BURNETTE, *Warden*, :
:
    Respondent. :
_____ :

## **ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks, Jr., filed April 28, 2010. (Doc. 40). It is recommended that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be denied. (Doc. 40 at 7). Following the recommendation of denial, the Report and Recommendation expressly stated that "[p]ursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable W. Louis Sands, United States District Judge, **WITHIN FOURTEEN (14) DAYS** of receipt thereof." (Doc. 40 at 7 (emphasis in original)). The fourteen day period has expired, and no objection has been filed. (*See generally* Docket).[1]

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 40) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**, and the above-captioned

---

[1] A copy of the Report and Recommendation (Doc. 40) mailed to Petitioner was returned as undeliverable. (*See* Doc. 41). At the inception of the above-captioned matter, Petitioner was expressly "advised that his failure to keep the Clerk of Court informed as to any change of address may result in the dismissal of this action." (Doc. 4 at 2).

1

matter is **DISMISSED**.

    **SO ORDERED**, this  3rd day of August, 2010.

                                           /s/ W. Louis Sands
                                           **THE HONORABLE W. LOUIS SANDS,**
                                           **UNITED STATES DISTRICT COURT**